# EXHIBIT 1

# EXHIBIT 1

# reviewjournal.com



PRINT THIS

Powered by Clickability

Jul. 29, 2010
Copyright © Las Vegas Review-Journal

## Reid touts third clean-energy summit

By JOHN G. EDWARDS
LAS VEGAS REVIEW-JOURNAL

Senate Majority Leader Harry Reid, D-Nev., said Wednesday that he wants bipartisan participation in his third clean energy summit in Las Vegas. However, the conference opens Sept. 7 during a contentious election campaign.

Reid's election battle with Republican senatorial nominee Sharron Angle will be approaching peak intensity when the conference convenes at the University of Nevada, Las Vegas.

The most vulnerable issue for Reid probably is not the energy industry, but rather Nevada's 14.2 percent unemployment rate, the highest in the nation.

However, the National Clean Energy Summit 3.0 has taken "investing in American jobs" as its theme.

Speakers also will discuss the need for developers of solar, wind and other clean energy resources to obtain financing for projects and thus create jobs.

In a teleconference with reporters Wednesday, Reid and other conference sponsors acknowledged the difficulties in getting energy legislation enacted this year.

John Podesta, chief executive officer of the Center for American Progress Action Fund, said that "a solid wall of Republican opposition" has stalled bills designed to reduce greenhouse gases, which are said to lead to climate change.

"It just means that we have to rekindle our efforts to bring about a clean energy future," Podesta said.

Late Tuesday, Reid unveiled the proposed Clean Energy Jobs and Accountability Act, which would lift the $75 million cap on oil company liability for offshore wells. It would make BP and others in the oil industry responsible for the total cost of the damages they caused in the gulf oil spill, according to Reid.

The bill also includes a section creating the Home Star Retrofit Act, which would enable homeowners to get rebates on energy and water conservation programs. Reid said it would create 150,000 jobs.

Some analysts are skeptical that Clean Energy bill will pass.

"Expert Congress-watchers are wondering aloud if there is enough time to do anything now, especially something that will be controversial, such as forcing unlimited liability for offshore oil

and gas offshore development," the law firm Bracewell & Guiliani said in an e-mail. The firm includes former New York Mayor Rudolph Guiliani as a partner.

Reid said he wanted the bill to establish a national renewable portfolio standard. The senate majority leader, however, said he decided to exclude the renewable provision so that he can get necessary votes to pass the bill.

A renewable energy portfolio standard would require utilities to increase their use of solar, wind and other renewable energy sources, much like Nevada and other states do now.

"Right now, we can't count to 60 (votes for a national renewable standard). So you can't put that in this bill," Reid said.

The senate leader said he also hopes Congress will pass a bill that extends incentives that give renewable energy developers a 30 percent grant in lieu of an investment tax credit. Without new legislation, the grants would end this year.

"By the end of the year, we need to do that," Reid said.

Speakers at the Clean Energy conference will include Christina Romer, chairwoman of the President's Council of Economic Advisors; U.S. Chamber of Commerce CEO Thomas Donohue; and energy executive T. Boone Pickens.

Contact reporter John G. Edwards at jedwards@reviewjournal.com or 702-383-0420.

**Find this article at:**
http://www.lvrj.com/business/reid-touts-third-clean-energy-summit-99531664.html

Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

Reid touts third clean-energy summit « Don at Dawn
Case 2:10-cv-01605-RMP-LRL Document 1-1 Filed 09/20/10 Page 5 of 11
Page 1 of 3

**Clip Update Notification:**

## Categories

- Climate Change & the Green Economy
- Energy Efficiency
- Fossil Fuels & Nuclear
- Grid Vunerabilities
- International
- Other Renewables
- Reports
- Restructuring: N.America
- Solar
- Transportation
- Water
- Wind

## Pages

- Coffee
- Home
- About Us
- Advanced Search
- Contact Us

## Public Agency Websites

- Air Resource Board
- California Energy Commission
- California Public Utilities Commission
- DOE
- dsire
- EIA
- IEA
- US EPA

« Sen. Scott Brown could go green: Eyes energy-efficiency bill to boost Massachusetts
CLIMATE CHANGE ROUNDUP: Wealthy Californians Back 'No' on Proposition 23 »

### Reid touts third clean-energy summit

Friday, July 30, 2010 @ 9:07 AM
Author: donatdawn-->

Jul 29 – Las Vegas Review-Journal

http://www.energycentral.com/functional/news/news_detail.cfm?did=16439351

Senate Majority Leader Harry Reid, D-Nev., said Wednesday that he wants bipartisan participation in his third clean energy summit in Las Vegas. However, the conference opens Sept. 7 during a contentious election campaign.

Reid's election battle with Republican senatorial nominee Sharron Angle will be approaching peak intensity when the conference convenes at the University of Nevada, Las Vegas.

The most vulnerable issue for Reid probably is not the energy industry, but rather Nevada's 14.2 percent unemployment rate, the highest in the nation.

However, the National Clean Energy Summit 3.0 has taken "investing in American jobs" as its theme.

Speakers also will discuss the need for developers of solar, wind and other clean energy resources to obtain financing for projects and thus create jobs.

In a teleconference with reporters Wednesday, Reid and other conference sponsors acknowledged the difficulties in getting energy legislation enacted this year.

John Podesta, chief executive officer of the Center for American Progress Action Fund, said that "a solid wall of Republican opposition" has stalled bills designed to reduce greenhouse gases, which are said to lead to climate change.

"It just means that we have to rekindle our efforts to bring about a clean energy future," Podesta said.

Late Tuesday, Reid unveiled the proposed Clean Energy Jobs and Accountability Act, which would lift the $75 million cap on oil company liability for offshore wells. It would make BP and others in the oil industry responsible for the total cost of the damages they caused in the gulf oil spill, according to

Reid.

The bill also includes a section creating the Home Star Retrofit Act, which would enable homeowners to get rebates on energy and water conservation programs. Reid said it would create 150,000 jobs.

Some analysts are skeptical that Clean Energy bill will pass.

"Expert Congress-watchers are wondering aloud if there is enough time to do anything now, especially something that will be controversial, such as forcing unlimited liability for offshore oil and gas offshore development," the law firm Bracewell & Guiliani said in an e-mail. The firm includes former New York Mayor Rudolph Guiliani as a partner.

Reid said he wanted the bill to establish a national renewable portfolio standard. The senate majority leader, however, said he decided to exclude the renewable provision so that he can get necessary votes to pass the bill.

A renewable energy portfolio standard would require utilities to increase their use of solar, wind and other renewable energy sources, much like Nevada and other states do now.

"Right now, we can't count to 60 (votes for a national renewable standard). So you can't put that in this bill," Reid said.

The senate leader said he also hopes Congress will pass a bill that extends incentives that give renewable energy developers a 30 percent grant in lieu of an investment tax credit. Without new legislation, the grants would end this year.

"By the end of the year, we need to do that," Reid said.

Speakers at the Clean Energy conference will include Christina Romer, chairwoman of the President's Council of Economic Advisors; U.S. Chamber of Commerce CEO Thomas Donohue; and energy executive T. Boone Pickens.

Contact reporter John G. Edwards at jedwards@reviewjournal.com or 702-383-0420.

___

To see more of the Review-Journal or to subscribe to the newspaper, go to http://www.lvrj.com.

Share/Bookmark



**Obama**
Looking for Obama? Search over 15,000 sites with one click.

**Find Obama To Nasa Administrator B...**
Stop searching for Obama To Nasa Administrator Bolden No i Didnt Tell You To Do That. Find it here!
Chitika | Select

This entry was posted on Friday, July 30th, 2010 at 9:07 am and is filed under Climate Change & the Green Economy, Restructuring: N.America. You can follow any responses to this entry through the RSS 2.0 feed. Responses are currently closed, but you can trackback from your own site.

### One Response to "Reid touts third clean-energy summit"

1. . says:
   August 2, 2010 at 4:55 am

   **Online Pharmacy...**

   BestDrugs24.com: Top quality medications + Bargain prices...

# Search

[          ]

search



Obama

Looking for Obama? Search over 15,000 sites with one click. http://www.SearchNext.com



Find Obama To Nasa Admi

Stop searching for Obama To Nasa Administrator Bolden No I Didnt Tell You To Do That. Find it here! http://www.monstermarketplace.



Are you looking for Obama

Check results for Obama To Nasa Administrator Bolden No I Didnt Tell You To Do That on our free comp... http://local.zubican.com

Chitika | Select

Don at Dawn is proudly powered by WordPress
Entries (RSS) and Comments (RSS)
Sitemap

# EXHIBIT 3

# EXHIBIT 3

*-APPLICATION-*

# Title
**Title of Work:** Reid touts third clean-energy summit

# Completion/Publication
**Year of Completion:** 2010

**Date of 1st Publication:** July 29, 2010          **Nation of 1st Publication:** United States

# Author
**Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

# Copyright claimant
**Copyright Claimant:** Righthaven LLC
9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

# Rights and Permissions
**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com          **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV  89129-7701  United States

# Certification

Page 1 of 2

**Name:** Steven A. Gibson

**Date:** September 15, 2010

**Applicant's Tracking Number:** 0002066

Registration #:

Service Request #:   1-487413282

Application Date:   09-15-2010 20:13:00

## Correspondent

Organization Name:   Righthaven LLC
Name:   Steven A. Gibson
Address:   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

## Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States